UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOTUS MANAGEMENT LLC

    Plaintiff,

    v.

DOUGLAS H. SHULMAN, et al.,

    Defendants.
_____/

No. C 13-3401 PJH

**NOTICE OF ERRATA**

    The November 22, 2013 Order Granting Motion to Dismiss is hereby amended as follows:  The last sentence of the first paragraph on page 2 of the order (Order at 2:10-11) is amended to read,"Soundview made the payments until May 2013, but as of July 2013, allegedly owed Lotus some $42,000."

**IT IS SO ORDERED.**

Dated:  January 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge